BEGEN v. CURTIS et al.

(Supreme Court, Appellate Division, First Department.  March 20, 1903.)

1. SUBMISSION OF CONTROVERSY—DEFECTS—DISMISSAL.
    Where, on a submission of controversy without action, there is oppo-
    site the title a memorandum to the effect that it is a case agreed upon in
    a controversy submitted without action, pursuant to the Code of Civil
    Procedure, but it is not stated that the case agreed upon contains a
    statement of the facts, as required by the Code. and there is no stipula-
    tion between the parties that the papers constitute a case containing a
    statement of the facts which have been agreed upon, the submission
    will be dismissed.

Submission of controversy between Sadie M. Begen as plaintiff and
Sarah L. Curtis and others as defendants.  Submission dismissed.

Argued before VAN BRUNT, P. J., and McLAUGHLIN,
O'BRIEN, INGRAHAM, and LAUGHLIN, JJ.

Edwin L. Ford, for plaintiff.
I. M. Pettus, for defendant.

PER CURIAM.  The proposed submission in this case contains no
agreement as to the facts which are admitted and form the subject
of the alleged submission.  Opposite the title, there is a memorandum
to the effect that it is a case agreed upon in a controversy submitted
without action, pursuant to the Code of Civil Procedure.  That does
not form any part of the submission, but is merely descriptive.  And,
furthermore, it is not stated that the case agreed upon contains a state-
ment of the facts as required by the Code.  There is no stipulation
whatever between the parties that the papers constitute a case contain-
ing a statement of the facts which has been agreed upon.

The submission must therefore be dismissed, with leave to file a
new submission.

